E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Chief of Ethics and Post-Conviction Review
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2431
    E-mail:   kathy.yu@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-20-PA |
| Plaintiff, | <u>GOVERNMENT'S NOTICE OF FILING OF VICTIM IMPACT STATEMENTS</u> |
| v. | |
| LUIS ALFREDO DE LA ROSA RIOS, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kathy Yu hereby files three Victim Impact Statements, attached hereto as Exhibits 7, 8, and 9.

```
Dated: July 26, 2024         Respectfully submitted,

                             E. MARTIN ESTRADA
                             United States Attorney

                             MACK E. JENKINS
                             Assistant United States Attorney
                             Chief, Criminal Division


                               /s/ KATHY YU
                             KATHY YU
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA
```